UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMID AVATEFIPOUR,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendant.

Civil No. 26-cv-10882
Hon. Matthew F. Leitman

---

### STIPULATED ORDER OF REMAND AND DISMISSAL WITHOUT PREJUDICE

---

Based on the stipulation of the parties through their undersigned counsel, this matter is remanded to U.S. Citizenship and Immigration Services and any reopened application must be adjudicated within 90 days of entry of this order. This action is dismissed without prejudice. Each party shall bear their own costs and attorney fees.

    **IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 22, 2026

So stipulated and agreed:

| By: /s/ Jesse Bless | By: /s/ Jennifer L. Newby |
|---|---|
| Jesse M. Bless (MA 660713)<br>Bless Litigation LLC<br>Attorney for Plaintiff<br>6 Vineyard Lane<br>Georgetown MA 01833<br>(781) 704-3897<br>jesse@blesslitigation.com | Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>Attorney for Defendant<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov |